JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 737 -- IN RE NEW YORK BEER INDUSTRY ANTITRUST LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/06/23 | 1 | ORDER TO SHOW CAUSE AND NOTICE OF HEARING filed (A-1 - A-5) Notified involved counsel, clerks and judges. Set for hearing July 23, 1987, Boston, Mass. (rew) |
| 87/07/07 |   | APPEARANCES: ROXANN E. HENRY, ESQ. for Anheuser-Busch, Inc.; ROBERT S. GETMAN, ESQ. for Boening Bros., Inc, Union Beer Distributor, Inc. (s/h/a "Jing Beer Distributors, Inc."); LEONARD BARRACK, ESQ. for Uniondale Beer Co., Inc.; LEONARD W. WAGMAN, ESQ. for Midway Beverage Corp.; ERNEST GELLHORN, ESQ. for New York State Beer Wholesalers Ass'n. Inc.; RICHARD C. STEIN, ESQ. for Reiter's Beer Distributors, Inc.; MICHEAL FISCHER, ESQ. for G. Heileman Brewing Co., Inc.; IRVING MALCHMAN, ESQ. for Terrace Pub, Inc.; ALAN PFEFFER, ESQ. for State of New York; STEVEN A. ASHER, ESQ. for Cumberland Farms, Inc.; MATTHEW FEIGENBAUM, ESQ. for Port Distributing Corporation; THOMAS H. MILCH, ESQ. for Miller Brewing Company. (cds) |
| 87/07/07 | 2 | LETTER/RESPONSE TO SHOW CAUSE ORDER -- deft. The Stroh Brewery Co. -- w/cert. of service (cds) |
| 87/07/08 | 3 | RESPONSE TO SHOW CAUSE ORDER -- deft. G. Heileman Brewing Co., Inc. -- w/cert. of service (cds) |
| 87/07/08 | 4 | RESPONSE TO SHOW CAUSE ORDER -- pltf. Cumberland Forms, Inc. -- w/cert. of service (cds) |
| 87/07/08 | 5 | RESPONSE TO SHOW CAUSE ORDER -- deft. Port Distributing Corp. -- w/cert. of service (cds) |
| 87/07/08 | 6 | RESPONSE TO SHOW CAUSE ORDER -- pltf. State of New York -- w/cert. of service (cds) |
| 87/07/08 | 7 | RESPONSE TO SHOW CAUSE ORDER -- deft. Anheuser-Busch, Inc. -- w/Exhibits A and B, and cert. of service (cds) |
| 87/07/08 | 8 | RESPONSE TO SHOW CAUSE ORDER -- deft. Miller Brewing Co. -- w/cert. of service (cds) |
| 87/07/08 | 9 | RESPONSE TO SHOW CAUSE ORDER -- pltf. The New York Beer Wholesalers' Association, Inc. (NYSBWA) -- w/cert. of service (cds) |
| 87/07/09 | 10 | LETTER/RESPONSE TO SHOW CAUSE ORDER -- defts. Boening Bros., Inc. and Union Beer Distributor, Inc. (s/h/a "Jing Beer Distributors, Inc.) -- w/cert. of service (cds) |
| 87/07/09 | 11 | LETTER/RESPONSE TO SHOW CAUSE ORDER -- deft. Midway Beverage Corp. -- w/cert. of service (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 737 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/07/10 | 12 | LETTER/RESPONSE TO SHOW CAUSE ORDER -- pltfs. Vasiliow Co., Inc., et al. -- w/cert. of service (cds) |
| 87/07/16 | 13 | LETTER/RESPONSE TO SHOW CAUSE ORDER -- Terrace Pub, Inc. -- w/cert. of svc. (tmq) |
| 87/07/21 | | APPEARANCE: HUGH LATIMER, ESQ. for Stroh Brewery (cds) |
| 87/07/23 | | HEARING APPEARANCES FOR 7/23/87 BOSTON, MASSACHUSETTS: LEONARD BARRACK, ESQ. for Uniondale Beer Co., Inc; STEVEN A. ASHER, ESQ. for Cumberland Farms, Inc.; THOMAS H. MILCH, ESQ. for Miller Brewing Company; ROXANN E. HENRY, ESQ. for Anheuser-Busch Companies, Inc.; ROBERT S. GETMAN, ESQ. for Boening Bros., Inc., Union Beer Distributor, Inc. (s/h/a " Jing Beer Distributors, Inc"); MATTHEW FEIGENBAUM, ESQ. for Port Distributing Corporation; HUGH LATIMER, ESQ. for The Stroh Brewery Company; DAVID E. BECKWITH, ESQ. for G. Heileman Brewing Company, Inc.; ALAN PFEFFER, ESQ. for State of New York; LEONARD W. WAGMAN, ESQ. for Midway Beverage Corporation; RICHARD C. STEIN, ESQ. for Reiter's Beer Distributors, Inc. IRVING MALCHMAN, ESQ. for Terrace Pub, Inc. (tmq) |
| 87/08/06 | | ORDER VACATING SHOW CAUSE ORDER -- of litigation pursuant to 28 U.S.C. §1407 -- Notified involved counsel, misc. recipients, judges and clerks. (tmq) |

JPML Form 1

Revised: 8/78

DOCKET NO. 737 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re New York Beer Industry Antitrust Litigation

## SUMMARY OF LITIGATION

Hearing Dates: July 23, 1987

| Orders | | | Transferee | | |
|---|---|---|---|---|---|
| Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| August 6, 1987 | MO | unpublished | | | |

Special Transferee Information

DATE CLOSED: August 6, 1987

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 737 -- In re New York Beer Industry Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Terrace Pub, Inc. etc. v. Anheuser-Busch, Inc. | N.Y.,S. Lasker | 86-6144 | | | | |
| A-2 | Uniondale Beer Co., Inc. v. Anheuser-Busch, Inc. et al. | N.Y.,E. Platt | CV 86-2400 | | | | |
| A-3 | State of New York, et al. v. Anheuser-Busch, Inc. et al. | N.Y.,E. Platt | CV 86-2345 | | | | |
| A-4 | Cumberland Farmsn Inc. v. Anheuser-Busch, Inc. et al. | N.Y.,E. Platt | CV 86 2516 | | | | |
| A-5 | Vasiliow Company, Inc. et al. v. Anheuser-Busch, Inc. et al. | N.Y.,E. Platt | CV 86-3227 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 737 -- In re New York Beer Industry Antitrust Litigation

---

TERRACE PUB, INC. (A-1)
Irving Malchman, Esquire
Kaufman, Malchman, Kaufman & Kirby
919 Third Avenue
New York, NY 10022

UNIONDALE BEER CO., INC. (A-2)
Leonard Barrack, Esquire
Barrack, Rodos & Bacine
Suite 2100, 1845 Walnut St.
Philadelphia, PA 19103

STATE OF NEW YORK (A-3)
Alan Pfeffer, Esquire
New York State Department of Law
Antitrust Bureau, Suite 2601
120 Broadway
New York, NY 10271

CUMBERLAND FARMS, INC. (A-4)
Stephen A. Asher, Esquire
Kohn, Savett, Klein & Graf, P.C.
2400 One Reading Center
1101 Market Street
Philadelphia, PA 19107

VASILIOW COMPANY, INC., ET AL. (A-5)
H. Adam Prussin, Esquire
Booth, Lipton & Lipton
405 Park Avenue
New York, NY 10022

PORT DISTRIBUTING CORP.
Matthew Feigenbaum, Esquire
Stein, Davidoff & Malito
100 East 42nd Street
New York, NY 10017

MIDWAY BEVERAGE CORP.
Leonard Wagman, Esquire
Golenbock & Barell
645 5th Avenue
New York, NY 10022

ANHEUSER-BUSCH, INC.
Roxann E. Henry, Esquire
Howrey & Simon
1730 Pennsylvania Ave., N.W.
Washington, D.C. 20006

MILLER BREWING CO.
Thomas H. Milch, Esquire
Arnold & Porter
1200 New Hampshire Avenue, N.W.
Washington, D.C. 20036

G. HEILEMAN BREWING COMPANY, INC.
Michael Fischer, Esquire
Foley & Lardner
777 E. Wisconsin Avennue
Milwaukee, WI 53202

THE STROH BREWERY CO.
Hugh Latimer, Esq.
Robert L. Skitol, Esq.
Pepper, Hamilton & Scheetz
1300 19th Street, N.W.
Washington, D.C. 20036

THE NEW YORK STATE BEER WHOLSALERS
   ASSOCIATION, INC.
Ernest Gellhorn, Esquire
Jones, Day, Reavis & Pogue
Metropolitan Square
1450 G. Street, N.W.
Washington, D.C. 20005-2088

UNION BEER DISTRIBUTORS
BOENING BROS., INC.
Robert S. Getman, Esquire
Kelly, Drye & Warren
101 Park Avenue
New York, New York 10178

REITER'S BEER DISTRIBUTORS, INC.
Richard C. Stein, Esquire
Stein, Davidoff & Malito
100 East 42nd Street
New York, NY 10017

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 737 -- In re New York Beer Industry Antitrust Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| PORT DISTRIBUTING CORP. | A-1; |
| MIDWAY BEVERAGE CORP. | A-1; |
| ANHEUSER-BUSCH, INC. | A-1, 2, 3, 4, 5; |
| MILLER BREWING CO. | A-2, 3, 4, 5; |
| G. HEILMAN BREWING CO. INC. | A-2, 3, 4, 5; |
| THE STROH BREWERY CO. | A-2, 3, 4, 5; |
| THE NEW YORK STATE BEER WHOLESALERS ASSOC. INC. | A-1, 2, 3, 4, 5; |
| BOENING BROS., INC. | A-1, 2, 3, 4, 5; |
| REITER'S BEER DISTRIBUTORS, INC. | A-1, 2, 3, 4, 5; |
| JING BEER DISTRIBUTORS, INC. D/B/A UNION BEER DISTRIBUTORS | A-1, 2, 3, 4, 5; |